**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Humberto PACHECO–NUNEZ,**
**Defendant–Appellant.**

**No. 06–10889**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

May 9, 2007.

Scott Kalisch, Miami, FL, for Defendant–Appellant.

David Paul Rhodes, United States Attorney's Office, Tampa, FL, for Plaintiff–Appellee.

Before TJOFLAT, ANDERSON and BIRCH, Circuit Judges.

PER CURIAM:

Scott Kalisch, counsel for Humberto Pacheco–Nunez, has filed a motion to with-

draw on appeal supported by a brief prepared pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Pacheco–Nunez's conviction and sentence are **AFFIRMED.**